**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-2177

MICHAEL BAUMHAFT,

Creditor - Appellant,

v.

STANLEY MCGUFFIN, Chapter 11 Trustee for the Debtor BHB
Enterprises LLC, d/b/a Tycoon's Gallery of Games,

Trustee - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Florence.  R. Bryan Harwell, District Judge.
(4:06-cv-03617-RBH)

Submitted:  May 28, 2008              Decided:  July 8, 2008

Before NIEMEYER, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Weston Adams, III, Jillian M. Benson, Ashley B. Stratton, MCANGUS,
GOUDELOCK & COURIE, LLC, Columbia, South Carolina, for Appellant.
Tara E. Nauful, Lindsey C. Livingston, HAYNSWORTH, SINKLER, BOYD,
P.A., Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Baumhaft appeals from the district court's orders affirming the bankruptcy court's order granting the trustee's motion to correct a scrivener's error in the 1998 Judgment of the bankruptcy court to conform to the contemporaneously-filed Order, pursuant to Fed. R. Civ. P. 60(a), Fed. R. Bankr. 9024, and denying his motion for a rehearing. We have reviewed the record and the briefs filed by the parties and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Baumhaft v. McGuffin, No. 4:06-cv-03617-RBH (D.S.C. Sept. 21 & Oct. 22, 2007). We grant counsel's motion to withdraw from the case. We also grant the Appellee's motion to submit this case on the briefs because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED